United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30931
Summary Calendar

_____

In The Matter Of: ROBERT F MEREDITH, III

Debtor

_____

ROBERT F MEREDITH, III,

Appellant,

versus

ESTATE OF JOHN F MCKEITHEN

Appellee.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:06-CV-84

_____

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

Robert Meredith did not disclose certain community property in
bankruptcy, including his wife's checking account, savings account,
clothing, jewelry, safety deposit boxes, partnership interest, and
truck.  His wife testified that she knew of Robert's plans to file
for bankruptcy but wanted no part of it.  The record reflects that

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Robert Meredith is a sophisticated businessman. He was earning $15,000 per month at the time of his filing, and he has previously filed for bankruptcy protection in several of his past business ventures. From this, the bankruptcy court inferred that Meredith intended to conceal assets and denied discharge. See 11 U.S.C. § 727(a)(4)(A); see also Cadle v. Pratt, 411 F.3d 561, 565 (5th Cir. 2005). The district court also denied discharge on the ground that Meredith refused to obey an order of the court, see id. § 727(a)(6)(A), and on the ground that he concealed or failed to preserve records from which his financial conditions might be ascertained. See id. § 727(a)(3).

Meredith argues that it is irrational to risk so much in order to protect so little, explaining that the community property is "of little cumulative value, and dwarfed by the debt to be discharged in the case." Love is an irrational commitment. The bankruptcy court's conclusion that Meredith intentionally concealed assents in order to protect his wife is supported by the record, particularly by her testimony. The judgment of the district court is

AFFIRMED.